159 A.3d 936

WELLS FARGO BANK N.A.

v.

Joanne R. RICCI, aka Joanne R. Pilchesky

Petition of: Joseph W. Pilchesky

No. 487 MAL 2016

Supreme Court of Pennsylvania.

October 19, 2016

# ORDER

PER CURIAM

**AND NOW,** this 19th day of October, 2016, the Petition for Allowance of Appeal is **DENIED.**